# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3272

_____

JORGE L. MEJIA,

Appellant,

v.

JOY WALLACE CATERING and
TRAVELERS INS.,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Mark A. Massey, Judge.

Date of Accident:  May 4, 2014.

November 19, 2018

PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Mark L. Zientz of Law Offices of Mark L. Zientz, P.A., Miami, for Appellant.

Justin R. Crum of Law Office of Jack D. Evans, Orlando, for Appellees.